United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAN RAFAEL YACHT CLUB,** | **Case No.: 19-CV-6350 YGR** |
| Plaintiff, | **ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND GRANTING MOTION TO REMAND CASE TO MARIN COUNTY SUPERIOR COURT** |
| vs. | |
| **PAUL DAVIS RESTORATION-NORTH BAY, et al.,** | |
| Defendants. | |

Defendant Paul Davis Restoration, Inc. removed this case pursuant to 28 U.S.C. § 1441 from Superior Court of California, County of Marin, where it was pending as a complaint brought by Plaintiff San Rafael Yacht Club against Paul Davis Restoration, Inc. and North Bay Area Corporation (named in the action as Paul Davis Restoration-North Bay) for breach of contract and related state law claims. (Dkt. No. 1, Notice of Removal.)  The action was assigned initially to Magistrate Judge Donna M. Ryu.  The Notice of Removal states one ground for removal: that diversity exists between the parties. (*Id*. at ¶ 3.)

Plaintiff dismissed Paul Davis Restoration, Inc. from the action on February 26, 2020 (Dkt. No. 18), leaving North Bay Area Corporation as the sole remaining defendant.  North Bay Area Corporation has not appeared in this action or responded to the complaint, and plaintiff has indicated that it intends to seek entry of default, relying on a waiver of service of the summons and complaint that would have made North Bay Area Corporation's response to the complaint due no later than February 10, 2020.  (Dkt. No. 19, Pfeilschiefter Decl. ¶ 6.)

Plaintiff has moved to remand the action on the ground that the remaining parties are no longer diverse and the court lacks subject matter jurisdiction. (Dkt. No. 19.)  Magistrate Judge Ryu issued a Report and Recommendation on March 18, 2020 (Dkt. No. 29, "Report") recommending

the motion to remand be granted and directed the matter to be reassigned to a district judge for final disposition.  The matter was then reassigned to the undersigned.  No objections were filed.

Having carefully considered the Report, the Motion to Remand, and the Complaint in this action, and finding the Report well-reasoned, thorough and correct, the Court hereby **ADOPTS** the Report.

Accordingly, and for the reasons set forth in the Report:

1. the motion to remand is **GRANTED**;

2. This action is **REMANDED** to the Marin County Superior Court.

This Order terminates Docket Nos. 19 and 29.

**IT IS SO ORDERED**.

**Dated:** ___April  21, 2020_____          _____
                                                            **YVONNE GONZALEZ ROGERS**
                                           **UNITED STATES DISTRICT COURT JUDGE**